IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ANN MCKEOWN, next friend of her daughter, J.M., a minor,<br><br>Plaintiff,<br>v.<br><br>GLAXOSMITHKLINE LLC d/b/a GLAXOSMITHKLINE, et al.,<br><br>Defendants.<br>_____/ | No. C-15-3722 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On August 18, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the complaint, filed August 14, 2015.

**IT IS SO ORDERED.**

Dated: August 27, 2015

_____
MAXINE M. CHESNEY
United States District Judge